
AMENDED

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

AO 10
Rev. 1/2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSS, ALLYNE R | 2. Court or Organization<br><br>U.S. D. C., EDNY | 3. Date of Report<br><br>AMENDED 8/25/08 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT, E.D.N.Y.<br>225 CADMAN PLAZA EAST, 915 S<br>BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R |  AMENDED 8/25/08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1 -12/31 | Partner in Willkie Farr & Gallagher LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R |  AMENDED 8/25/08 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | Amended 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | None | J | W | | | | | |
| 2. IRA #1 | E | Dividend | O | T | | | | | |
| 3. -Time Warner | | | | | | | | | |
| 4. -Cisco Systems Inc. | | | | | | | | | |
| 5. -Dreyfus Liquid Assets | | | | | | | | | |
| 6. -Ericsson | | | | | | | | | |
| 7. -General Electric | | | | | | | | | |
| 8. -American Express | | | | | | | | | |
| 9. -Citigroup | | | | | | | | | |
| 10. -Comcast | | | | | sell | 9-19 | K | C | |
| 11. -Intel | | | | | buy | 1-20 | J | | |
| 12. -Microsoft | | | | | | | | | |
| 13. -John Hancock Bank Fund | | | | | | | | | |
| 14. -Viacom | | | | | | | | | |
| 15. -Encana Corp. | | | | | | | | | |
| 16. -Enterprise Prods Partners | | | | | | | | | |
| 17. -Managed High Yield Plus Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | A M E N D E D  8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Provident Energy Trust | | | | | sell | 5-3 | J | B | partial sale |
| 19. -Putnam Premier Income Trust | | | | | | | | | |
| 20. -Enerplus Resources | | | | | | | | | |
| 21. -Depomed Inc. | | | | | sell | 7-10 | J | none | |
| 22. -Bank of America Corp. Biotechnology Fund | | | | | buy | 8-22 | K | | |
| 23. -Seaspan Corp. | | | | | sell | 8-3 | K | D | |
| 24. -B&G Foods | | | | | sell | 5-10 | K | D | |
| 25. -International Bancshares | | | | | sell | 4-27 | K | none | |
| 26. -Black Rock Global Energy & Resources Trust | | | | | | | | | |
| 27. -Sun Healthcare Group | | | | | sell | 3-19 | J | C | |
| 28. -Kayne Anderson MLP Invt. Co. | | | | | | | | | |
| 29. -China Fund | | | | | sell | 3-11 | K | none | |
| 30. -Yahoo Inc. | | | | | | | | | |
| 31. --Hershey Company | | | | | sell | 5-10 | K | none | |
| 32. -Nabors Industries | | | | | sell | 10-3 | J | none | |
| 33. -BHP Billiton Ltd. | | | | | | | | | |
| 34. -Boardwalk Pipeline Partners | | | | | sell | 5-10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Broadcam Corp. | | | | | sell | 2-12 | J | none | |
| 36. -Deerfield Triarc Capital Corp. | | | | | buy | 6-4 | J | | |
| 37. -Deerfield Triarc Capital Corp. | | | | | sell | 8-1 | J | none | |
| 38. -General Motors Corp. | | | | | | | | | |
| 39. -Healthspring Inc. | | | | | buy | 1-16 | J | | |
| 40. -Healthspring Inc. | | | | | sell | 5-10 | K | C | |
| 41. -Federated Department Stores | | | | | sell | 1-6 | K | none | |
| 42. -L-1 Identity Solutions Inc. | | | | | sell | 4-18 | K | C | |
| 43. -Procter & Gamble Co. | | | | | | | | | |
| 44. -New York Community Bancorp | | | | | buy | | | | |
| 45. -Rait Financial Trust | | | | | buy | 4-25 | J | | |
| 46. -Rait Financial Trust | | | | | sell | 7-19 | J | | |
| 47. -Rait Financial Trust | | | | | sell | 7-31 | J | none | |
| 48. -Schering Plough Corp. | | | | | buy | 10-24 | K | | |
| 49. -RMR Real Estate Fund | | | | | | | | | |
| 50. -Eaton Vace Limited Duration Income Fund | | | | | | | | | |
| 51. -Baytex Energy Trust | | | | | buy | 5-2 | K | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     ● =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Baytex Energy Trust | | | | | buy | 10-24 | J | | |
| 53. -HRPT PPTYs TR | | | | | buy | 6-14 | J | | |
| 54. -Hospitality PPTYS TR | | | | | buy | 7-9 | K | | |
| 55. -Hub Group | | | | | buy | 2-21 | K | | |
| 56. -I-Trax | | | | | buy | 5-22 | J | | |
| 57. -Johnson & Johnson | | | | | buy | 3-1 | J | | |
| 58. -Keycorp | | | | | buy | 9-18 | K | | |
| 59. -NYSE Euronext | | | | | buy | 5-18 | K | | |
| 60. -NYSE Euronext | | | | | buy | 6-26 | J | | |
| 61. -Pengrowth Energy Tr. | | | | | buy | 4-17 | K | | |
| 62. -United Health Group | | | | | buy | 1-25 | K | | |
| 63. -United Health | | | | | buy | 2-21 | J | | |
| 64. -Powershares DB Multi-Sector Commodity TR | | | | | buy | 6-29 | J | | |
| 65. -Nicholas-Applegate Conv.&Incm. Fund | | | | | buy | 9-5 | J | | |
| 66. -Nicholas-Applegate Conv.&Incm. Fund | | | | | buy | 9-10 | J | | |
| 67. -IRA # 2 | A | Int./Div. | K | T | | | | | |
| 68. -Saving Acct. at Citibank | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Kaiser Group Int'l | | | | | | | | | |
| 70. -Provident Energy Trust | | | | | | | | | |
| 71. -John Hancock Bank Fund | | | | | | | | | |
| 72. Kayne Anderson Energy Total Return Fund | | | | | buy | 4-16 | J | | |
| 73. -Tennessee Valley Authority Strips | | | | | | | | | |
| 74. Trust # 2 | A | Dividend | K | U | | | | | |
| 75. -Dodge Cox Stock Fund | | | | | | | | | |
| 76. Trust # 3 | | | | | | | | | |
| 77. -T.Rowe Price Short-Term Bond Fund | | | | | | | | | |
| 78. -T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 79. -T.Rowe Price Value Fund | | | | | redeem | | M | D | See Part VIII |
| 80. -T. Rowe Price Developing Technologies Fund | | | | | | | | | - |
| 81. -T. Rowe Price Capital Opportunity Fund | | | | | | | | | |
| 82. Citibank Accounts | A | Interest | K | T | | | | L | |
| 83. BNP Paribas DJ Stoxx 50 Structured Note | | None | N | T | buy | 7-7 | M | | |
| 84. Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | K | U | buy | 1-24 | J | | |
| 85. Vanguard Limited-Term Tax-Exempt Fund | | | | | buy | 2-5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 6-1 | L | none | Partial redemption |
| 87. Vanguard Limited-Term Tax-Exempt Fund | | | | | buy | 9-17 | M | | |
| 88. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 9-24 | M | none | Partial redemption |
| 89. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 11-6 | J | A | Partial redemption |
| 90. Walt Disney Co. Y | | | | | | | | | |
| 91. Vanguard Tax-Exempt Money Market Fund | D | Dividend | M | U | buy | 2-26 | M | | |
| 92. Vanguard Tax-Exempt Money Market Fund | | | | U | buy | 3-15 | M | | |
| 93. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 4-3 | M | | |
| 94. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 4-18 | K | none | |
| 95. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 4-23 | M | none | Partial redemption |
| 96. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 4-30 | J | none | Partial redemption |
| 97. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 5-4 | K | none | Partial redemption |
| 98. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 5-21 | J | none | Partial redemption |
| 99. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 6-1 | L | | |
| 100. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 6-15 | M | none | Partial redemption |
| 101. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 6-21 | M | | |
| 102. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 7-5 | K | none | Partial redemption |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 7-20 | K | | |
| 104. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 8-6 | M | | |
| 105. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 8-8 | K | none | Partial redemption |
| 106. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 8-24 | L | none | Partial redemption |
| 107. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 9-14 | K | none | Partial redemption |
| 108. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 9-24 | M | | |
| 109. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 10-2 | N | | Partial redemption |
| 110. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 11-6 | M | | |
| 111. Western Asset Municipal NY Money Market Fund | A | Dividend | J | U | redeem | 1-19 | J | none | Partial redemption *See Part VIII* |
| 112. Western Asset Municipal NY Money Market Fund | | | | | buy | 5-1 | K | | |
| 113. Western Asset Muncipal NY Money Market Fund | | | | | redeem | 4-23 | J | none | Partial redemption |
| 114. Western Asset Municipal NY Money Market Fund | | | | | redeem | 7-24 | J | | Partial redemption |
| 115. Western Asset Municipal NY Money Market Fund | | | | | redeem | 10-23 | J | | Partial redemption |
| 116. T. Rowe Price Uniform Gift to Minor Account Y | | | | | | | | | |
| 117. -T. Rowe Price Growth Stock Fund Y | | | | | | | | | |
| 118. _T. Rowe Price International Discovery Fund Y | | | | | | | | | |
| 119. -T. Rowe Price Japan Fund Y | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMEND GO 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -T. Rowe Price Small Cap Fund Y | | | | | | | | | |
| 121.  Trust # 3 | A | Dividend | J | U | | | | | |
| 122.  -Aggressive Growth Portfolio | | | | | redeem | 7-11 | K | B | Partial redemption |
| 123.  -Aggressive Growth Portfolio | | | | | redeem | 11-7 | K | B | Partial redemption |
| 124.  Trust # 4 | C | Dividend | K | U | | | | | |
| 125.  WFG-WPX Partners LLC | | None | N | W | buy | 4-23 | N | | |
| 126.  Goldman Sachs High Yield Fund | C | Dividend | | | buy | 4-2 | J | | |
| 127.  Goldman Sachs High Yield Fund | | | | | buy | 10-2 | J | | |
| 128.  Bernstein Global Diversified Strategies L.P. | | None | N | T | | | | | |
| 129.  Bernstein Global Opportunities Hedge Fund, L.P. | | | N | T | buy | 10-31 | N | | |
| 130.  S&P 500 Variable Participation Notes | | None | N | T | buy | 3-7 | M | | |
| 131.  Asta Five NY | D | Dividend | M | T | buy | 2-14 | N | | |
| 132.  Bernstein New York Municipal Portfolio | D | Dividend | N | U | | | | | |
| 133.  BP PLC | A | Dividend | K | T | sell | 6-21 | J | B | |
| 134.  BP PLC | | | | | buy | 10-16 | J | | |
| 135.  Bernstein Tax-Managed International Portfolio | D | Dividend | O | U | buy | 12-11 | L | | |
| 136.  Supervalu | A | Dividend | J | T | buy | 10-22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Altria Group | B | Dividend | K | T | buy | 8-10 | J | | |
| 138. Cash Balance at Sanford C. Bernstein & co | B | Interest | K | T | | | | | |
| 139. General American Investors (Y) | | | | | | | | | |
| 140. Tech Data Corp. | | None | J | T | | | | | |
| 141. Hewlett Packard | A | Dividend | K | T | buy | 1-22 | J | | |
| 142. Hewlett Packard | | | | | buy | 2-5 | J | | |
| 143. Hewlett Packard | | | | | buy | 3-15 | J | | |
| 144. Hewlett Packard | | | | | sell | 3-30 | J | B | Partial sale |
| 145. Wachovia | | None | | | sell | 1-19 | J | B | |
| 146. American International Group | A | Dividend | J | T | sell | 4-9 | J | A | Partial sale |
| 147. American International Group | | | | | sell | 6-13 | J | B | Partial sale |
| 148. American International Group | | | | | sell | 6-26 | J | B | Partial sale |
| 149. American International Group | | | | | sell | 7-2 | J | A | Partial sale |
| 150. American International Group | | | | | sell | 7-26 | J | A | Partial sale |
| 151. American International Group | | | | | sell | 11-21 | J | none | Partial sale |
| 152. American International Group | | | | | buy | 11-6 | J | | |
| 153. Amgen | none | | J | T | buy | 2-22 | J | B | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Amgen | | | | | buy | 8-27 | J | | |
| 155. Citigroup | B | Dividend | K | T | sell | 6-26 | J | A | Partial sale |
| 156. Citigroup | | | | | sell | 8-9 | J | A | Partial sale |
| 157. Citigroup | | | | | sell | 8-22 | J | A | Partial sale |
| 158. Citigroup | | | | | buy | 8-24 | J | | |
| 159. Citigroup | | | | | sell | 10-25 | J | A | Partial sale |
| 160. Goldman Sachs | A | Dividend | K | T | buy | 8-27 | J | | |
| 161. Goldman Sachs | | | | | buy | 9-7 | J | | |
| 162. Goldman Sachs | | | | | sell | 1-3 | J | C | Partial sale |
| 163. Goldman Sachs | | | | | sell | 2-1 | J | C | Partial sale |
| 164. Goldman Sachs | | | | | sell | 10-22 | J | C | Partial sale |
| 165. Goldman Sachs | | | | | sell | 11-12 | J | A | Partial sale |
| 166. Intel Corp. | A | Dividend | | | buy | 7-18 | J | | |
| 167. Intel Corp. | | | | | buy | 8-2 | J | | |
| 168. Intel Corp. | | | | | buy | 10-22 | J | | |
| 169. Microsoft | A | Dividend | K | T | buy | 1-17 | J | | |
| 170. Microsoft | | | | | buy | 2-22 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | *Amended* 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Microsoft | | | | | buy | 2-27 | J | | |
| 172. Microsoft | | | | | buy | 3-14 | J | | |
| 173. Microsoft | | | | | sell | 6-18 | J | A | Partial sale |
| 174. Microsoft | | | | | sell | 7-13 | J | B | Partial sale |
| 175. Microsoft | | | | | buy | 8-28 | J | | |
| 176. Microsoft | | | | | sell | 10-3 | J | A | Partial sale |
| 177. Microsoft | | | | | buy | 12-18 | J | | |
| 178. Procter & Gamble | A | Dividend | J | T | sell | 4-23 | J | A | Partial sale |
| 179. Procter & Gamble | | | | | sell | 5-22 | J | B | Partial sale |
| 180. Procter & Gamble | | | | | sell | 6-12 | J | A | Partial sale |
| 181. Proctor & Gamble | | | | | sell | 7-13 | J | A | Partial sale |
| 182. Procter & Gamble | | | | | sell | 8-8 | J | A | Partial sale |
| 183. Cooper Industries | | None | | | sell | 2-28 | J | B | |
| 184. Chubb | A | Dividend | | | sell | 2-21 | J | B | Partial sale |
| 185. Chubb | | | | | sell | 3-1 | J | C | |
| 186. Corning | | None | | | sell | 2-21 | K | E | |
| 187. Metlife | A | Dividend | K | T | buy | 1-19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R |  AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Metlife | | | | | buy | 8-15 | J | | |
| 189. Metlife | | | | | buy | 11-26 | J | | |
| 190. Sprint Nextel | A | Dividend | J | T | buy | 12-6 | J | | |
| 191. Freddie Mac | A | Dividend | | | buy | 8-15 | J | | |
| 192. Freddie Mac | | | | | sell | 9-21 | J | none | Partial sale |
| 193. Freddie Mac | | | | | sell | 10-24 | J | none | Partial sale |
| 194. Freddie Mac | | | | | sell | 12-20 | J | none | |
| 195. Fannie Mae | A | Dividend | J | T | sell | 9-24 | J | A | Partial sale |
| 196. Fannie Mae | | | | | buy | 12-21 | J | | |
| 197. Ebay | none | | J | T | buy | 3-5 | J | | Partial sale |
| 198. CSX | | None | | | sell | 1-30 | J | B | |
| 199. Flextronics | | None | J | T | buy | 10-27 | J | | |
| 200. Partnerre Ltd. | A | Dividend | J | T | | | | | |
| 201. Pepsico | A | Dividend | K | T | buy | 4-30 | J | | |
| 202. Pepsico | | | | | buy | 2-22 | J | | |
| 203. Pepsico | | | | | buy | 8-23 | J | | |
| 204. Pepsico | | | | | buy | 11-26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |



## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Safeway | A | Dividend | J | T | | | | | |
| 206. Boeing | A | Dividend | K | T | buy | 1-20 | J | | |
| 207. Boeing | | | | | sell | 2-14 | J | C | Partial sale |
| 208. Boeing | | | | | sell | 5-15 | J | B | Partial sale |
| 209. Boeing | | | | | sell | 10-9 | J | B | Partial sale |
| 210. Boeing | | | | | sell | 10-12 | J | C | Partial sale |
| 211. Boeing | | | | | sell | 10-26 | J | B | Partial sale |
| 212. Boeing | | | | | sell | 12-6 | J | A | Partial sale |
| 213. Borg Warner | A | Dividend | J | T | sell | 4-25 | J | A | Partial sale |
| 214. Chevron Corp. | A | Dividend | K | T | buy | 3-15 | J | | |
| 215. Chevron Corp. | | | | | buy | 6-28 | J | | |
| 216. Chevron Corp. | | | | | sell | 10-19 | J | B | Partial sale |
| 217. J.P. Morgan Chase | A | Dividend | K | T | sell | 1-3 | J | A | Partial sale |
| 218. J.P. Morgan Chase | | | | | sell | 6-5 | J | B | Partial sale |
| 219. J.P. Morgan Chase | | | | | sell | 6-13 | J | A | Partial sale |
| 220. J.P. Morgan Chase | | | | | sell | 7-13 | J | A | Partial sale |
| 221. J.P. Morgan Chase | | | | | sell | 8-10 | J | A | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R |  AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. J.P. Morgan Chase | | | | | sell | 10-18 | J | A | Partial sale |
| 223. McDonalds | A | Dividend | K | T | sell | 3-29 | J | A | Partial sale |
| 224. McDonalds | | | | | sell | 5-18 | J | A | Partial sale |
| 225. McDonalds | | | | | sell | 8-13 | J | B | Partial sale |
| 226. McDonalds | | | | | buy | 11-2 | J | | |
| 227. Medco Health Solutions | | None | | | buy | 5-15 | J | | |
| 228. Medco Health Solutions | | | | | buy | 11-15 | J | | |
| 229. Merck | A | Dividend | K | T | buy | 3-9 | J | | |
| 230. Merck | | | | | buy | 4-25 | J | | |
| 231. Merrill Lynch | A | Dividend | J | T | sell | 4-25 | J | B | Partial sale |
| 232. Merrill Lynch | | | | | sell | 10-25 | J | none | Partial sale |
| 233. Merrill Lynch | | | | | sell | 11-14 | J | A | Partial sale |
| 234. Merrill Lynch | | | | | sell | 11-21 | J | none | Partial sale |
| 235. Solectron | none | | | | sell | 10-5 | J | A | |
| 236. Target | A | Dividend | J | T | sell | 1-18 | J | A | Partial sale |
| 237. Target | | | | | sell | 1-23 | J | A | Partial sale |
| 238. Target | | | | | sell | 6-13 | J | A | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting |
|---|
| ROSS, ALLYNE R |

Date of Report
AMENDED
8/25/08

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Target | | | | | sell | 5-13 | J | A | Partial sale |
| 240. SunTrust Banks | A | Dividend | | | sell | 4-19 | J | A | |
| 241. XL Capital | A | Dividend | | | sell | 11-21 | J | none | Partial sale |
| 242. XL Capital | | | | | sell | 12-18 | J | none | |
| 243. Alcon | A | Dividend | K | T | sell | 4-25 | J | B | Partial sale |
| 244. Alcon | | | | | sell | 7-13 | J | B | Partial sale |
| 245. Broadcom | none | | J | T | sell | 6-13 | J | none | Partial sale |
| 246. Broadcom | | | | | sell | 11-21 | J | none | Partial sale |
| 247. Google | none | | L | T | buy | 1-8 | J | | |
| 248. Google | | | | | buy | 6-18 | J | | |
| 249. Goggle | | | | | buy | 8-29 | J | | |
| 250. Qualcomm | A | Dividend | | | sell | 2-7 | J | A | Partial sale |
| 251. Qualcomm | | | | | sell | 11-9 | J | A | |
| 252. Teva Pharmaceutical | A | Dividend | J | T | sell | 1-4 | J | A | Partial sale |
| 253. Teva Pharmaceutical | | | | | sell | 2-5 | J | B | Partial sale |
| 254. Teva Pharmaceutical | | | | | buy | 6-28 | J | | |
| 255. Teva Pharmaceutical | | | | | buy | 11-12 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

Name of Person Reporting

ROSS, ALLYNE R

Date of Report
AMENDED
8/25/08

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Clorox | A | Dividend | J | T | sell | 7-17 | J | A | Partial sale |
| 257. Bank of America | B | Dividend | K | T | buy | 4-3 | J | | |
| 258. Bank of America | | | | | buy | 4-9 | J | | |
| 259. Bank of America | | | | | buy | 4-11 | J | | |
| 260. Bank of America | | | | | buy | 4-23 | J | | |
| 261. Bank of America | | | | | buy | 5-20 | J | | |
| 262. Bank of America | | | | | sell | 8-22 | J | none | Partial sale |
| 263. Bank of America | | | | | sell | 12-18 | J | none | Partial sale |
| 264. Conoco Phillips | A | Dividend | K | T | buy | 1-24 | J | | |
| 265. Conoco Phillips | | | | | sell | 3-30 | J | none | Partial sale |
| 266. Conoco Phillips | | | | | buy | 9-24 | J | | |
| 267. Conoco Phillips | | | | | buy | 10-30 | J | | |
| 268. Dunham Road LLC | none | | | | liquidation | 5-25 | L | none | |
| 269. Exxon Mobil | A | Dividend | K | T | buy | 1-19 | J | | |
| 270. Exxon Mobil | | | | | buy | 5-23 | J | | |
| 271. Global Santa Fe | A | Dividend | | | sell | 1-10 | J | B | Partial sale |
| 272. Global Santa Fe | | | | | sell | 3-12 | J | A | Partial sale |

1 Income Gain Codes:     A =$1,000 or less     J =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
  (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Global Santa Fe | | | | | sell | 8-29 | J | A | |
| 274. Interpublic | none | | | | sell | 4-2 | J | A | |
| 275. Bernstein Emerging Markets Portfolio | D | Dividend | M | U | buy | 12-11 | K | | |
| 276. Hartford Financial Services | A | Dividend | J | T | | | | | |
| 277. Genworth Financial | A | Dividend | | | buy | 1-19 | J | | |
| 278. Genworth Financial | | | | | sell | 10-26 | J | none | Partial sale |
| 279. Genworth Financial | | | | | sell | 12-18 | J | none | |
| 280. Office Depot | none | | | | sell | 10-24 | J | none | |
| 281. Renaissance Holdings | A | Dividend | J | T | | | | | |
| 282. Sanmina-SCI | none | | | | sell | 11-26 | J | none | |
| 283. Wisconsin Energy | A | Dividend | | | sell | 7-26 | J | A | |
| 284. Aflac | A | Dividend | | | buy | 8-28 | J | | See Part VIII |
| 285. Apple Computer | none | | L | T | buy | 1-8 | J | | |
| 286. Apple Computer | | | | | sell | 1-10 | J | B | Partial sale |
| 287. Apple Computer | | | | | buy | 3-9 | J | | |
| 288. Apple Computer | | | | | sell | 6-12 | J | C | Partial sale |
| 289. Apple Computer | | | | | sell | 10-10 | J | C | Partial sale |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Franklin Resources | A | Dividend | K | T | buy | 1-8 | J | | |
| 291. Franklin Resources | | | | | buy | 11-19 | J | | |
| 292. Genentech | none | | K | T | sell | 2-12 | J | none | Partial sale |
| 293. Genentech | | | | | buy | 7-18 | J | | |
| 294. Getty Images | | | | | | | | | See Part VIII |
| 295. Gilead Sciences | none | | K | T | buy | 3-14 | J | | |
| 296. Gilead Sciences | | | | | sell | 6-13 | J | B | Partial sale |
| 297. Halliburton | A | Dividend | | | sell | 3-13 | J | none | Partial sale |
| 298. Halliburton | | | | | sell | 4-24 | J | A | Partial sale |
| 299. Halliburton | | | | | sell | 6-13 | J | B | Partial sale |
| 300. Halliburton | | | | | sell | 8-17 | J | B | Partial sale |
| 301. Halliburton | | | | | sell | 10-24 | J | B | |
| 302. Legg Mason | A | Dividend | | | buy | 7-13 | J | | |
| 303. Legg Mason | | | | | sell | 10-4 | J | none | Partial sale |
| 304. Legg Mason | | | | | sell | 10-9 | J | none | Partial sale |
| 305. Legg Mason | | | | | sell | 10-9 | J | none | Partial sale |
| 306. Legg Mason | | | | | sell | 11-8 | J | none | Partial sale |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                                                         P3 =$25,000,001 - $50,000,000                               P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Legg Mason | | | | | sell | 11-12 | J | none | |
| 308. Network Appliance | none | | | | sell | 8-16 | J | none | Partial sale |
| 309. Network Appliance | | | | | sell | 10-15 | J | A | |
| 310. Northern Trust | A | Dividend | J | T | buy | 2-22 | J | | |
| 311. Schlumberger | A | Dividend | K | T | buy | 3-15 | J | | |
| 312. Schlumberger | | | | | buy | 6-18 | J | | |
| 313. Schlumberger | A | | | | buy | 10-18 | J | | |
| 314. Schlumberger | | | | | buy | 10-29 | J | | |
| 315. UBS | A | Dividend | | | sell | 1-3 | J | B | Partial sale |
| 316. UBS | | | | | sell | 3-5 | J | A | Partial sale |
| 317. UBS | | | | | sell | 6-29 | J | A | |
| 318. United Health Group | none | | | | sell | 1-4 | J | D | |
| 319. Wellpoint | none | Dividend | K | T | buy | 6-28 | J | | |
| 320. Wellpoint | | | | | buy | 7-5 | J | | |
| 321. Wellpoint | | | | | sell | 9-13 | J | none | |
| 322. Wellpoint | | | | | sell | 10-3 | J | none | Partial sale |
| 323. Hilton Hotels | A | Dividend | | | sell | 8-10 | J | B | Partial sale |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 J-P | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Hilton Hotels | | | | | sell | 10-25 | J | B | |
| 325. Yahoo | none | | J | T | sell | 1-18 | J | A | |
| 326. Norfolk Southern | none | | | | sell | 1-3 | J | C | |
| 327. Time Warner | A | Dividend | J | T | buy | 1-8 | J | | |
| 328. Time Warner | | | | | sell | 3-12 | J | none | Partial sale |
| 329. Time Warner | | | | | sell | 7-26 | J | A | Partial sale |
| 330. Time Warner | | | | | sell | 8-13 | J | A | Partial sale |
| 331. Wm. Wrigley Jr. | A | Dividend | J | T | buy | 12-4 | J | | |
| 332. Emerson Electric | A | Dividend | J | T | sell | 1-3 | J | A | Partial sale |
| 333. Emerson Electric | | | | | buy | 6-18 | J | | |
| 334. Cisco Systems | none | | K | T | buy | 1-8 | J | | |
| 335. Cisco Systems | | | | | buy | 2-8 | J | | |
| 336. Cisco Systems | | | | | buy | 2-27 | J | | |
| 337. Cisco Systems | | | | | sell | 4-4 | J | A | Partial sale |
| 338. Cisco Systems | | | | | buy | 5-20 | J | | |
| 339. Cisco Systems | | | | | buy | 10-18 | J | | |
| 340. Cisco Systems | | | | | buy | 10-29 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting |
|---|
| ROSS, ALLYNE R |

Date of Report
AMENDED
8/25/08

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. General Electric | A | Dividend | K | T | buy | 1-22 | J | | |
| 342. General Electric | | | | | sell | 3-9 | J | none | Partial sale |
| 343. General Electric | | | | | sell | 4-10 | J | none | Partial sale |
| 344. General Electric | | | | | sell | 8-6 | J | none | Partial sale |
| 345. General Electric | | | | | sell | 8-22 | J | none | Partial sale |
| 346. General Electric | | | | | buy | 8-10 | J | | |
| 347. General Electric | | | | | sell | 10-3 | J | A | Partial sale |
| 348. General Electric | | | | | sell | 11-12 | J | A | Partial sale |
| 349. The Travelers Cos. | A | Dividend | K | T | buy | 6-7 | J | | formerly St. Paul Traveler |
| 350. The Travelers Cos. | | | | | buy | 6-21 | J | | |
| 351. The Travelers Cos. | | | | | buy | 11-26 | J | | |
| 352. AmerisourceBergen | A | Dividend | J | T | buy | 12-6 | J | | |
| 353. AT &T | B | Dividend | K | T | sell | 3-16 | J | A | Partial sale |
| 354. AT & T | | | | | sell | 5-3 | J | C | Partial sale |
| 355. AT &T | | | | | sell | 5-21 | J | C | Partial sale |
| 356. AT & T | | | | | buy | 9-26 | J | | |
| 357. AT & T | | | | | buy | 9-28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. AT & T | | | | | buy | 12-6 | J | | |
| 359. AT & T | | | | | buy | 12-10 | J | | |
| 360. Allegheny Energy | none | | | | sell | 9-17 | J | B | |
| 361. BellSouth | | | | | merged | 3-16 | | | |
| 362. Black & Decker | A | Dividend | J | T | | | | | |
| 363. CBS | A | Dividend | J | T | sell | 11-8 | J | A | Partial sale |
| 364. Coca Cola | none | | | | sell | 1-17 | J | B | |
| 365. Comcast | none | | | | buy | 2-27 | J | | |
| 366. Comcast | | | | | sell | 6-19 | J | B | Partial sale |
| 367. Comcast | | | | | buy | 3-20 | J | | |
| 368. Comcast | | | | | sell | 9-26 | J | A | Partial sale |
| 369. Comcast | | | | | sell | 10-25 | J | none | Partial sale |
| 370. Comcast | | | | | sell | 11-2 | J | none | Partial sale |
| 371. Comcast | | | | | sell | 11-21 | J | none | Partial sale |
| 372. Comcast | | | | | sell | 12-10 | J | none | |
| 373. Crown Castle Intl. | none | | | | sell | 2-23 | J | A | Partial sale |
| 374. Crown Castle Intl. | | | | | sell | 5-20 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Daimler Chrysler | A | Dividend | | | sell | 4-19 | J | B | Partial sale |
| 376. Daimler Chrysler | | | | | sell | 6-19 | J | C | |
| 377. IBM | A | Dividend | J | T | | | | | |
| 378. Kroger | A | Dividend | J | T | sell | 5-14 | J | B | Partial sale |
| 379. Arcelor Mittal | A | Dividend | K | T | buy | 5-23 | J | | Formerly Mittal Steel |
| 380. Nokia | A | Dividend | K | T | buy | 1-22 | J | | |
| 381. Nokia | | | | | sell | 4-19 | J | A | Partial sale |
| 382. Nokia | | | | | sell | 8-13 | J | A | Partial sale |
| 383. Nokia | | | | | sell | 8-22 | J | A | Partial sale |
| 384. Nokia | | | | | buy | 11-13 | J | | |
| 385. Northrop Grumman | A | Dividend | K | T | sell | 4-25 | J | A | Partial sale |
| 386. Northrop Grumman | | | | | buy | 7-5 | J | | |
| 387. Northrop Grumman | | | | | buy | 8-10 | J | | |
| 388. Northrop Grumman | | | | | buy | 11-26 | J | | |
| 389. Owens Illinois | none | | | | sell | 5-2 | J | B | Partial sale |
| 390. Owens Illinois | | | | | sell | 5-23 | J | A | |
| 391. Pfizer | B | Dividend | K | T | buy | 3-13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Pfizer | | | | | buy | 3-15 | J | | |
| 393. Pfizer | | | | | buy | 5-21 | J | | |
| 394. Pfizer | | | | | buy | 5-24 | J | | |
| 395. Pfizer | | | | | buy | 6-25 | J | | |
| 396. Pfizer | | | | | buy | 8-10 | J | | |
| 397. Pfizer | | | | | buy | 11-13 | J | | |
| 398. Pfizer | | | | | sell | 11-21 | J | none | Partial sale |
| 399. Pfizer | | | | | buy | 12-26 | J | | |
| 400. Sara Lee | A | Dividend | J | T | buy | 1-10 | J | | |
| 401. SPX Corp. | A | Dividend | | | sell | 8-13 | J | B | |
| 402. Toyota | none | | | | sell | 3-1 | J | B | |
| 403. Toyota | | | | | sell | 3-9 | J | A | |
| 404. Verizon | A | Dividend | J | T | buy | 11-22 | J | | |
| 405. Advanced Micro Devices | none | | | | sell | 1-24 | J | none | |
| 406. America Movil | A | Dividend | J | T | sell | 3-20 | J | A | Partial sale |
| 407. Baker Hughes | A | Dividend | K | T | sell | 4-12 | J | none | Partial sale |
| 408. Baker Hughes | | | | | buy | 6-13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. Baker Hughes | | | | | buy | 7-26 | J | | |
| 410. Baker Hughes | | | | | buy | 8-15 | J | | |
| 411. Baker Hughes | | | | | buy | 8-20 | J | | |
| 412. Baker Hughes | | | | | buy | 10-29 | J | | |
| 413. Baker Hughes | | | | | buy | 11-6 | J | | |
| 414. Charles Schwab | A | Dividend | | | sell | 11-12 | J | B | |
| 415. CME Group | A | Dividend | K | T | buy | 3-13 | J | | FORMERLY CHICAGO MERCANTILE EXCHANGE |
| 416. CME Group | | | | | buy | 4-12 | J | | |
| 417. CME Group | | | | | buy | 8-20 | J | | |
| 418. CME Group | | | | | sell | 10-25 | J | C | |
| 419. Credit Suisse | A | Dividend | | | buy | 1-10 | J | | |
| 420. Credit Suisse | | | | | sell | 8-15 | J | none | Partial sale |
| 421. Credit Suisse | | | | | sell | 11-2 | J | A | Partial sale |
| 422. Credit Suisse | | | | | sell | 11-7 | J | none | |
| 423. Fluor | A | Dividend | J | T | | | | | |
| 424. Akami Technologies | none | | | | buy | 2-12 | J | | |
| 425. Akami Technologies | | | | | sell | 10-2 | J | none | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Fortune Brands | none | | | | sell | 2-1 | J | A | |
| 427. Kohls | none | | J | T | buy | 1-3 | J | | |
| 428. Kohls | | | | | buy | 8-21 | J | | |
| 429. Kohls | | | | | sell | 11-21 | J | none | Partial sale |
| 430. Las Vegas Sands Corp. | none | | J | T | sell | 6-13 | J | A | Partial sale |
| 431. Lazard | none | | | | sell | 5-9 | J | A | |
| 432. Monsanto | A | Dividend | K | T | | | | | |
| 433. Nvidia | none | | | | buy | 1-17 | J | | |
| 434. Nvidia | | | | | buy | 1-22 | J | | |
| 435. Nvidia | | | | | buy | 11-26 | J | | |
| 436. NYSE Euronext | A | Dividend | J | T | buy | 8-29 | J | | Formerly NYSE Group |
| 437. Oracle Systems | none | | | | sell | 3-9 | J | none | |
| 438. Rockwell Collins | none | | | | sell | 5-7 | J | A | |
| 439. National City | A | Dividend | | | buy | 4-23 | J | | |
| 440. National City | | | | | sell | 5-5 | J | none | |
| 441. Starwood Hotels | A | Dividend | | | buy | 1-5 | J | | |
| 442. Starwood Hotels | | | | | sell | 11-21 | J | none | Partial sale |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Starwood Hotels | | | | | sell | 12-26 | J | none | |
| 444. United Technologies | A | Dividend | J | T | sell | 1-3 | J | A | |
| 445. United Technologies | | | | | buy | 7-18 | J | | |
| 446. MBIA | A | Dividend | | | buy | 11-30 | J | | |
| 447. MBIA | | | | | sell | 12-31 | J | none | Partial sale |
| 448. American Electric Power | A | Dividend | J | T | | | | | |
| 449. Embarg | | | | | | | | | Part VIII See |
| 450. Allstate Corp. | A | Dividend | K | T | buy | 11-15 | J | | |
| 451. Allstate Corp. | | | | | buy | 11-26 | J | | |
| 452. Allstate Corp. | | | | | buy | 12-3 | J | | |
| 453. Autoliv Inc. | A | Dividend | J | T | buy | 2-26 | J | | |
| 454. Caterpillar Inc. | none | | J | T | buy | 11-2 | J | | |
| 455. Caterpillar Inc. | | | | | buy | 11-12 | J | | |
| 456. Covidien Ltd. | A | Dividend | J | T | spin-off | 4-3 | J | | |
| 457. Deutsche Bank | none | | J | T | buy | 10-3 | J | | |
| 458. Deutsche Bank | | | | | buy | 11-6 | J | | |
| 459. Dow Chemical | A | Dividend | K | T | buy | 3-14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Dow Chemical | | | | | buy | 6-22 | J | | |
| 461. Dow Chemical | | | | | buy | 9-12 | J | | |
| 462. Dow Chemical | | | | | buy | 11-26 | J | | |
| 463. General Motors | A | Dividend | J | T | buy | 9-20 | J | | |
| 464. General Motors | | | | | buy | 9-23 | J | | |
| 465. General Motors | | | | | buy | 11-7 | J | | |
| 466. General Motors | | | | | buy | 11-30 | J | | |
| 467. General Motors | | | | | sell | 12-31 | J | none | Partial sale |
| 468. Ingersoll Rand | A | Dividend | J | T | buy | 1-19 | J | | |
| 469. Kraft Foods | A | Dividend | J | T | buy | 4-23 | J | | |
| 470. Kraft Foods | | | | | buy | 4-27 | J | | |
| 471. Kraft Foods | | | | | sell | 8-17 | J | none | Partial sale |
| 472. Kraft Foods | | | | | sell | 9-13 | J | A | Partial sale |
| 473. Kraft Foods | | | | | sell | 10-31 | J | A | Partial sale |
| 474. Macy's Inc. | A | Dividend | J | T | buy | 2-21 | J | | |
| 475. Macy's Inc. | | | | | buy | 3-1 | J | | |
| 476. Macy's Inc. | | | | | buy | 5-16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$250,001 - $500,000 | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Macy's Inc. | | | | | buy | 6-22 | J | | |
| 478. Macy's Inc. | | | | | buy | 8-30 | J | | |
| 479. Macy's Inc. | | | | | buy | 10-25 | J | | |
| 480. Macy's Inc. | | | | | sell | 11-27 | J | none | Partial sale |
| 481. Marathon Oil | A | Dividend | K | T | buy | 3-19 | J | | |
| 482. Marathon Oil | | | | | buy | 3-23 | J | | |
| 483. Marathon Oil | | | | | buy | 5-25 | J | | |
| 484. Marathon Oil | | | | | buy | 8-20 | J | | |
| 485. Marathon Oil | | | | | buy | 8-24 | J | | |
| 486. Marathon Oil | | | | | sell | 11-13 | J | none | Partial sale |
| 487. Morgan Stanley | A | Dividend | J | T | buy | 8-9 | J | | |
| 488. Morgan Stanley | | | | | buy | 9-6 | J | | |
| 489. Morgan Stanley | | | | | buy | 8-13 | J | | |
| 490. Morgan Stanley | | | | | sell | 11-21 | J | none | Partial sale |
| 491. Parker Hannifin | A | Dividend | J | T | buy | 3-15 | J | | |
| 492. Royal Dutch Shell | none | | J | T | buy | 3-24 | J | | |
| 493. Royal Dutch Shell | | | | | buy | 9-17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Tech Data | none | | J | T | buy | 7-18 | J | | |
| 495. Terex | none | | J | T | buy | 11-6 | J | | |
| 496. Tyco Electronics | A | Dividend | J | T | buy | 4-27 | J | | |
| 497. Tyco International | A | Dividend | J | T | buy | 1-24 | J | | |
| 498. Tyco International | | | | | buy | 1-26 | J | | |
| 499. Tyco International | | | | | buy | 4-27 | J | | |
| 500. Tyco International | | | | | buy | 5-23 | J | | |
| 501. Tyco International | | | | | buy | 5-23 | J | | |
| 502. VF Corp. | A | Dividend | J | T | buy | 2-26 | J | | |
| 503. Vodafone | A | Dividend | K | T | buy | 5-3 | J | | |
| 504. Vodafone | | | | | buy | 6-19 | J | | |
| 505. Vodafone | | | | | buy | 7-30 | J | | |
| 506. Abbott Laboratories | A | Dividend | K | T | buy | 1-30 | J | | |
| 507. Abbott Laboratories | | | | | buy | 3-9 | J | | |
| 508. Abbott Laboratories | | | | | buy | 3-3 | J | | |
| 509. Abbott Laboratories | | | | | buy | 6-13 | J | | |
| 510. Abbott Laboratories | | | | | buy | 11-12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | *AMENDED* 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. Abbott Laboratories | | | | | buy | 11-15 | J | | |
| 512. Adobe Systems | none | | | | buy | 1-30 | J | | |
| 513. Adobe Systems | | | | | buy | 4-12 | J | | |
| 514. Adobe Systems | | | | | buy | 10-29 | J | | |
| 515. Adobe Systems | | | | | buy | 11-15 | J | | |
| 516. Air Products & Chemicals | A | Dividend | K | T | buy | 6-18 | J | | |
| 517. Air Products & Chemicals | | | | | buy | 8-13 | J | | |
| 518. Air Products & Chemicals | | | | | buy | 8-15 | J | | |
| 519. Air Products & Chemicals | | | | | buy | 11-19 | J | | |
| 520. American Express | none | | J | T | buy | 10-18 | J | | |
| 521. American Express | | | | | buy | 10-24 | J | | |
| 522. Cameron International | none | | J | T | buy | 11-19 | J | | |
| 523. Abb Ltd. | none | | J | T | buy | 10-8 | J | | |
| 524. Abb Ltd. | | | | | buy | 11-12 | K | | |
| 525. Celgene | none | | J | T | buy | 5-10 | J | | |
| 526. Celgene | | | | | buy | 11-12 | J | | |
| 527. Colgate-Palmolive | A | Dividend | J | T | buy | 7-18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

ROSS, ALLYNE R

Date of Report

AMENDED
8/25/08

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Colgate-Palmolive | | | | | buy | 11-26 | J | | |
| 529. Colgate-Palmolive | | | | | buy | 11-28 | J | | |
| 530. Deere | A | Dividend | K | T | buy | 6-26 | J | | |
| 531. Deere | | | | | buy | 9-6 | J | | |
| 532. Deere | | | | | buy | 10-8 | J | | |
| 533. Deere | | | | | buy | 10-15 | J | | |
| 534. EOG Res. | A | Dividend | J | T | buy | 10-8 | J | | |
| 535. EOG Res. | | | | | buy | 12-18 | J | | |
| 536. Hologic | none | | J | T | buy | 11-2 | J | | |
| 537. Honeywell International | A | Dividend | K | T | buy | 4-25 | J | | |
| 538. Honeywell International | | | | | buy | 4-30 | J | | |
| 539. Honeywell International | | | | | buy | 7-18 | J | | |
| 540. Honeywell International | | | | | buy | 3-20 | J | | |
| 541. Honeywell International | | | | | buy | 3-21 | J | | |
| 542. Honeywell International | | | | | buy | 3-19 | J | | |
| 543. Research in Motion | none | | K | T | buy | 10-12 | J | | |
| 544. Research in Motion | | | | | buy | 12-4 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cost Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Spirit Aerosystems | none | | J | T | buy | 1-4 | J | | |
| 546. Spirit Aerosystems | | | | | buy | 3-20 | J | | |
| 547. Spirit Aerosystems | | | | | buy | 5-21 | J | | |
| 548. Textron | none | | J | T | buy | 10-30 | J | | |
| 549. Textron | | | | | buy | 11-28 | J | | |
| 550. KB Home | A | Dividend | | | buy | 5-4 | J | | |
| 551. KB Home | | | | | sell | 10-25 | J | none | |
| 552. Countrywide Financial | A | Dividend | | | buy | 1-3 | J | | |
| 553. Countrywide Financial | | | | | buy | 4-9 | J | | |
| 554. Countrywide Financial | | | | | buy | 5-15 | J | | |
| 555. Countrywide Financial | | | | | buy | 6-7 | J | | |
| 556. Countrywide Financial | | | | | sell | 9-4 | J | none | |
| 557. Fidelity National | A | Dividend | | | buy | 5-24 | J | | |
| 558. Fidelity National | | | | | sell | 9-24 | J | none | Partial sale |
| 559. Lehman Bros. | A | Dividend | | | buy | 1-23 | J | | |
| 560. Lehman Bros. | | | | | sell | 9-4 | J | none | |
| 561. Moody's Corp. | A | Dividend | | | buy | 6-13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Moody's Corp. | | | | | buy | 8-13 | J | | |
| 563. Moody's Corp. | | | | | sell | 10-24 | J | none | Partial sale |
| 564. Moody's Corp. | | | | | sell | 11-21 | K | none | |
| 565. Becton Dickinson | none | | | | buy | 2-2 | J | | |
| 566. Becton Dickinson | | | | | sell | 3-14 | J | | |
| 567. McKesson Corp. | A | Dividend | J | T | buy | 1-22 | J | | |
| 568. McKesson Corp. | | | | | buy | 6-21 | J | | |
| 569. McKesson Corp. | | | | | buy | 8-1 | J | | |
| 570. Monster Worldwide | none | | | | buy | 2-9 | J | | |
| 571. Monster | | | | | sell | 5-4 | J | none | |
| 572. Wyeth | A | Dividend | | | buy | 4-30 | J | | |
| 573. Wyeth | | | | | sell | 10-31 | J | none | |
| 574. Wynn Resorts | none | | | | buy | 1-18 | J | none | |
| 575. Wynn Resorts | | | | | sell | 6-26 | J | none | |
| 576. Nike | A | Dividend | | | buy | 2-27 | J | | |
| 577. Nike | | | | | sell | 8-17 | J | A | |
| 578. EMC Corp. | none | | | | buy | 10-29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. EMC Corp. | | | | | sell | 12-19 | J | none | |
| 580. Sun Microsystems | none | | | | buy | 2-27 | J | | |
| 581. Sun Microsystems | | | | | sell | 8-22 | J | none | |
| 582. Texas Instruments | none | | | | buy | 6-28 | J | | |
| 583. Texas Instruments | | | | | sell | 8-15 | J | none | |
| 584. Washington Mutual | none | | | | buy | 8-13 | J | | |
| 585. Washington Mutual | | | | | sell | 10-26 | J | none | |
| 586. Cash balance at Charles Schwab | A | Interest | J | T | | | | | |
| 587. Anheuser Busch | A | Dividend | K | T | buy | 2-22 | J | | |
| 588. Anheuser Busch | | | | | buy | 9-28 | J | | |
| 589. Auto Data Processing | A | Dividend | J | T | buy | 2-22 | J | | |
| 590. Avon | A | Dividend | J | T | buy | 2-22 | J | | |
| 591. Avon | | | | | buy | 8-28 | J | | |
| 592. Broadridge Financial Solutions | A | Dividend | J | T | buy | 2-22 | J | | |
| 593. Broadridge Financial Solutions | | | | | spin-off | 3-30 | J | | |
| 594. National City | A | Dividend | J | T | buy | 2-22 | J | | |
| 595. National City | | | | | | 10-9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Cintas | A | Dividend | J | T | buy | 2-22 | J | | |
| 597. Cintas | A | Dividend | J | T | buy | 9-28 | J | | |
| 598. Federated Investors | A | Dividend | J | T | buy | 2-22 | J | | |
| 599. Federated Investors | | | | | buy | 8-28 | J | | |
| 600. Fidelity Natinal Financial | A | Dividend | J | T | buy | 2-22 | J | | |
| 601. Fifth Third Bancorp | A | Dividend | J | T | | | | | |
| 602. Intl. Game Technology | A | Dividend | J | T | | | | | |
| 603. Johnson & Johnson | A | Dividend | K | T | buy | 2-22 | J | | |
| 604. Johnson & Johnson | | | | | buy | 9-17 | J | | |
| 605. Medtronic | A | Dividend | K | T | buy | 2-22 | J | | |
| 606. Medtronic | | | | | buy | 8-7 | J | | |
| 607. Medtronic | | | | | buy | 8-22 | J | | |
| 608. Strayer Education | A | Dividend | K | T | buy | 2-22 | J | | |
| 609. Strayer Education | | | | | buy | 8-23 | J | | |
| 610. Strayer Education | | | | | sell | 11-30 | | B | Partial sale |
| 611. Sysco | A | Dividend | J | T | buy | 2-22 | J | | |
| 612. Sysco | | | | | buy | 8-23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,500 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. United Parcel Service | A | Dividend | K | T | buy | 2-22 | J | | |
| 614. United Parcel Service | | | | | buy | 8-28 | J | | |
| 615. Wal-Mart Stores | A | Dividend | K | T | buy | 2-22 | J | | |
| 616. Wal-Mart Stores | | | | | buy | 9-5 | J | | |
| 617. Crosstex Energy LP | A | Distribution | J | T | buy | 7-20 | J | | See Part VIII |
| 618. Crosstex Energy LP | | | | | buy | 9-12 | J | | |
| 619. Crosstex Energy LP | | | | | buy | 2-22 | J | | |
| 620. Crosstex Energy LP | | | | | buy | 8-7 | J | | |
| 621. ishares Canada Index Fund | A | Dividend | J | T | buy | 2-22 | J | | |
| 622. ishares EAFE Index Fund | A | Dividend | K | T | buy | 2-22 | K | | |
| 623. ishares EAFE Index Fund | | | | | buy | 8-28 | J | | |
| 624. Vanguard Emerging Markets Fund | none | | K | U | buy | 2-22 | J | | |
| 625. Vanguard Emerging Markets Fund | | | | | sell | 11-13 | J | A | Partial sale |
| 626. Vanguard Small Cap Value Fund | A | Dividend | J | U | buy | 2-22 | J | | |
| 627. Vanguard Utilities Fund | A | Dividend | K | U | buy | 2-23 | J | | |
| 628. Vanguard Utilities Fund | | | | | buy | 8-28 | J | | |
| 629. Alliance Bernstein Global Diversified Strategies LP | none | | N | T | | | | | See Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | AMENDED 8/25/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Bernstein Global Opportunities Hedge Fund | none | | N | T | buy | 10-?? | N | | |
| 631. WFG-WP X Partners LLC | none | | N | W | buy | 5-? | N | | |
| 632. | | | | | | | | | ?? |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | *Amended* 8/25/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 111: Name changed from Smith Barnery Municipal NY Money Market Fund.

Line 284: Listed last year as sale; should have been listed as partial sale, same date, same codes.

Line 294: Listed last year as partial sale on 5-4; should have been listed as full sale.

Line 449: Reported last year as partial sale; should have been reported as total sale on that date, same codes.

Line 617: Incorrectly listed last year as Croster Energy LP.

Line 629: Purchased 9-29-06, Value Code N. Not reported last year due to inadvertence.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

ROSS, ALLYNE R | 2. Court or Organization

U.S. D. C., EDNY | 3. Date of Report

07/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial ☑ Annual ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2007
to
12/31/2007 |
| 7. Chambers or Office Address

U.S. DISTRICT COURT, E.D.N.Y.
225 CADMAN PLAZA EAST, 915 S
BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 JUL 21 A 11: 28
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1 -12/31 | Partner in Willkie Farr & Gallagher LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | J | W | | | | | |
| 2. IRA #1 | E | Dividend | O | T | | | | | |
| 3. -Time Warner | | | | | | | | | |
| 4. -Cisco Systems Inc. | | | | | | | | | |
| 5. -Dreyfus Liquid Assets | | | | | | | | | |
| 6. -Ericsson | | | | | | | | | |
| 7. -General Electric | | | | | | | | | |
| 8. -American Express | | | | | | | | | |
| 9. -Citigroup | | | | | | | | | |
| 10. -Comcast | | | | | sell | 9-19 | K | C | |
| 11. -Intel | | | | | buy | 1-20 | J | | |
| 12. -Microsoft | | | | | | | | | |
| 13. -John Hancock Bank Fund | | | | | | | | | |
| 14. -Viacom | | | | | | | | | |
| 15. -Encana Corp. | | | | | | | | | |
| 16. -Enterprise Prods Partners | | | | | | | | | |
| 17. -Managed High Yield Plus Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 070808 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Provident Energy Trust | | | | | sell | 5-3 | J | B | partial sale |
| 19. -Putnam Premier Income Trust | | | | | | | | | |
| 20. -Enerplus Resources | | | | | | | | | |
| 21. -Depomed Inc. | | | | | sell | 7-10 | J | none | |
| 22. -Bank of America Corp. | | | | | buy | 8-22 | K | | |
| 23. -Seaspan Corp. | | | | | sell | 8-3 | K | D | |
| 24. -B&G Foods | | | | | sell | 5-10 | K | D | |
| 25. -International Bancshares | | | | | sell | 4-27 | K | none | |
| 26. -Black Rock Global Energy & Resources Trust | | | | | | | | | |
| 27. -Sun Healthcare Group | | | | | sell | 3-19 | J | C | |
| 28. -Kayne Anderson MLP Invt. Co. | | | | | | | | | |
| 29. -China Fund | | | | | sell | 3-1 | K | none | |
| 30. -Yahoo Inc. | | | | | | | | | |
| 31. --Hershey Company | | | | | sell | 5-10 | K | none | |
| 32. -Nabors Industries | | | | | sell | 10-3 | J | none | |
| 33. -BHP Billiton Ltd. | | | | | | | | | |
| 34. -Boardwalk Pipeline Partners | | | | | sell | 5-10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Broadcam Corp. | | | | | sell | 2-12 | J | none | |
| 36. -Deerfield Triarc Capital Corp. | | | | | buy | 6-4 | J | | |
| 37. -Deerfield Triarc Capital Corp. | | | | | sell | 8-1 | J | none | |
| 38. -General Motors Corp. | | | | | | | | | |
| 39. -Healthspring Inc. | | | | | buy | 1-16 | J | | |
| 40. -Healthspring Inc. | | | | | sell | 5-10 | K | C | |
| 41. -Federated Department Stores | | | | | sell | 1-6 | K | none | |
| 42. -L-1 Identity Solutions Inc. | | | | | sell | 4-18 | K | C | |
| 43. -Procter & Gamble Co. | | | | | | | | | |
| 44. -New York Community Bancorp | | | | | buy | | | | |
| 45. -Rait Financial Trust | | | | | buy | 4-25 | J | | |
| 46. -Rait Financial Trust | | | | | sell | 7-19 | J | | |
| 47. -Rait Financial Trust | | | | | sell | 7-31 | J | none | |
| 48. -Schering Plough Corp. | | | | | buy | 10-24 | K | | |
| 49. -RMR Real Estate Fund | | | | | | | | | |
| 50. -Eaton Vace Limited Duration Income Fund | | | | | | | | | |
| 51. -Baytex Energy Trust | | | | | buy | 5-2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Est | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Baytex Energy Trust | | | | | buy | 10-24 | J | | |
| 53. -HRPT PPTYs TR | | | | | buy | 6-14 | J | | |
| 54. -Hospitality PPTYS TR | | | | | buy | 7-9 | K | | |
| 55. -Hub Group | | | | | buy | 2-21 | K | | |
| 56. -I-Trax | | | | | buy | 5-22 | J | | |
| 57. -Johnson & Johnson | | | | | buy | 3-1 | J | | |
| 58. -Keycorp | | | | | buy | 9-18 | K | | |
| 59. -NYSE Euronext | | | | | buy | 5-18 | K | | |
| 60. -NYSE Euronext | | | | | buy | 6-26 | J | | |
| 61. -Pengrowth Energy Tr. | | | | | buy | 4-17 | K | | |
| 62. -United Health Group | | | | | buy | 1-25 | K | | |
| 63. -United Health | | | | | buy | 2-21 | J | | |
| 64. -Powershares DB Multi-Sector Commodity TR | | | | | buy | 6-29 | J | | |
| 65. -Nicholas-Applegate Conv.&Incm. Fund | | | | | buy | 9-5 | J | | |
| 66. -Nicholas-Applegate Conv.&Incm. Fund | | | | | buy | 9-10 | J | | |
| 67. -IRA # 2 | A | Int./Div. | K | T | | | | | |
| 68. -Saving Acct. at Citibank | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 0.7/07/08 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Kaiser Group Int'l | | | | | | | | | |
| 70. -Provident Energy Trust | | | | | | | | | |
| 71. -John Hancock Bank Fund | | | | | | | | | |
| 72. Kayne Anderson Energy Total Return Fund | | | | | buy | 4-16 | J | | |
| 73. -Tennesee Valley Authority Strips | | | | | | | | | |
| 74. Trust # 2 | A | Dividend | K | U | | | | | |
| 75. -Dodge Cox Stock Fund | | | | | | | | | |
| 76. Trust # 3 | | | | | | | | | |
| 77. -T.Rowe Price Short-Term Bond Fund | | | | | | | | | |
| 78. -T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 79. -T.Rowe Price Value Fund | | | | | redeem | | M | D | See Part VIII |
| 80. -T. Rowe Price Developing Technologies Fund | | | | | | | | | - |
| 81. -T. Rowe Price Capital Opportunity Fund | | | | | | | | | |
| 82. Citibank Accounts | | | | | | | L | | |
| 83. BNP Paribas DJ Stoxx 50 Structured Note | | | N | T | buy | 7-7 | M | | |
| 84. Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | K | U | buy | 1-24 | J | | |
| 85. Tax-Exempt Fund Vanguard Limited_Term | | | | | buy | 2-5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 6-1 | L | none | Partial redemption |
| 87. Vanguard Limited-Term Tax-Exempt Fund | | | | | buy | 9-17 | M | | |
| 88. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 9-24 | M | none | Partial redemption |
| 89. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 11-6 | J | A | Partial redemption |
| 90. Walt Disney Co. Y | | | | | | | | | |
| 91. Vanguard Tax-Exempt Money Market Fund | D | Dividend | M | U | buy | 2-26 | M | | |
| 92. Vanguard Tax-Exempt Money Market Fund | | | | U | buy | 3-15 | M | | |
| 93. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 4-3 | M | | |
| 94. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 4-18 | K | none | |
| 95. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 4-23 | M | none | Partial redemption |
| 96. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 4-30 | J | none | Partial redemption |
| 97. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 5-4 | K | none | Partial redemption |
| 98. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 5-21 | J | none | Partial redemption |
| 99. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 6-1 | L | | |
| 100. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 6-15 | M | none | Partial redemption |
| 101. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 6-21 | M | | |
| 102. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 7-5 | K | none | Partial redemption |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 7-20 | K | | |
| 104. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 8-6 | M | | |
| 105. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 8-8 | K | none | Partial redemption |
| 106. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 8-24 | L | none | Partial redemption |
| 107. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 9-14 | K | none | Partial redemption |
| 108. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 9-24 | M | | |
| 109. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 10-2 | N | | Partial redemption |
| 110. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 11-6 | M | | |
| 111. Western Asset Municipal NY Money Market Fund | A | Dividend | J | U | redeem | 1-19 | J | none | Partial redemption. See Part VIII |
| 112. Western Asset Municipal NY Money Market Fund | | | | | buy | 5-1 | K | | |
| 113. Western Asset Muncipal NY Money Market Fund | | | | | redeem | 4-23 | J | none | Partial redemption |
| 114. Western Asset Municipal NY Money Market Fund | | | | | redeem | 7-24 | J | | Partial redemption |
| 115. Western Asset Municipal NY Money Market Fund | | | | | redeem | 10-23 | J | | Partial redemption |
| 116. T. Rowe Price Uniform Gift to Minor Account Y | | | | | | | | | |
| 117. -T. Rowe Price Growth Stock Fund Y | | | | | | | | | |
| 118. _T. Rowe Price International Discovery Fund Y | | | | | | | | | |
| 119. -T. Rowe Price Japan Fund Y | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -T. Rowe Price Small Cap Fund Y | | | | | | | | | |
| 121. Trust # 3 | A | Dividend | J | U | | | | | |
| 122. -Aggressive Growth Portfolio | | | | | redeem | 7-11 | K | B | Partial redemption |
| 123. -Aggressive Growth Portfolio | | | | | redeem | 11-7 | K | B | Partial redemption |
| 124. Trust # 4 | C | Dividend | K | U | | | | | |
| 125. WFG-WPX Partners LLC | | | N | W | buy | 4-23 | N | | |
| 126. Goldman Sachs High Yield Fund | | | | | buy | 4-2 | J | | |
| 127. Goldman Sachs High Yield Fund | | | | | buy | 10-2 | J | | |
| 128. Bernstein Global Diversified Strategies L.P. | | | N | T | | | | | |
| 129. Bernstein Global Opportunities Hedge Fund, L.P. | | | N | T | buy | 10-31 | N | | |
| 130. S&P 500 Variable Participation Notes | | | N | T | buy | 3-7 | M | | |
| 131. Asta Five NY | D | Dividend | M | T | buy | 2-14 | N | | |
| 132. Bernstein New York Municipal Portfolio | D | Dividend | N | U | | | | | |
| 133. BP PLC | A | Dividend | K | T | sell | 6-21 | J | B | |
| 134. BP PLC | | | | | buy | 10-16 | J | | |
| 135. Bernstein Tax-Managed International Portfolio | D | Dividend | O | U | buy | 12-11 | L | | |
| 136. Supervalu | A | Dividend | J | | buy | 10-22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Altria Group | | | | | buy | 8-10 | J | | |
| 138. Cash Balance at Sanford C. Bernstein & co | B | Interest | K | T | | | | | |
| 139. General American Investors (Y) | | | | | | | | | |
| 140. Tech Data Corp. | | | J | T | | | | | |
| 141. Hewlett Packard | A | Dividend | K | T | buy | 1-22 | J | | |
| 142. Hewlett Packard | | | | | buy | 2-5 | J | | |
| 143. Hewlett Packard | | | | | buy | 3-15 | J | | |
| 144. Hewlett Packard | | | | | sell | 3-30 | J | B | Partial sale |
| 145. Wachovia | | | | | sell | 1-19 | J | B | |
| 146. American International Group | A | Dividend | J | T | sell | 4-9 | J | A | Partial sale |
| 147. American International Group | | | | | sell | 6-13 | J | B | Partial sale |
| 148. American International Group | | | | | sell | 6-26 | J | B | Partial sale |
| 149. American International Group | | | | | sell | 7-2 | J | A | Partial sale |
| 150. American International Group | | | | | sell | 7-26 | J | A | Partial sale |
| 151. American International Group | | | | | sell | 11-21 | J | none | Partial sale |
| 152. American International Group | | | | | buy | 11-6 | J | | |
| 153. Amgen | none | | J | T | buy | 2-22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Amgen | | | | | buy | 8-27 | J | | |
| 155. Citigroup | B | Dividend | K | T | sell | 6-26 | J | A | Partial sale |
| 156. Citigroup | | | | | sell | 8-9 | J | A | Partial sale |
| 157. Citigroup | | | | | sell | 8-22 | J | A | Partial sale |
| 158. Citigroup | | | | | buy | 8-24 | J | | |
| 159. Citigroup | | | | | sell | 10-25 | J | A | Partial sale |
| 160. Goldman Sachs | A | Dividend | K | T | buy | 8-27 | J | | |
| 161. Goldman Sachs | | | | | buy | 9-7 | J | | |
| 162. Goldman Sachs | | | | | sell | 1-3 | J | C | Partial sale |
| 163. Goldman Sachs | | | | | sell | 2-1 | J | C | Partial sale |
| 164. Goldman Sachs | | | | | sell | 10-22 | J | C | Partial sale |
| 165. Goldman Sachs | | | | | sell | 11-12 | J | A | Partial sale |
| 166. Intel Corp. | A | Dividend | | | buy | 7-18 | J | | |
| 167. Intel Corp. | | | | | buy | 8-2 | J | | |
| 168. Intel Corp. | | | | | buy | 10-22 | J | | |
| 169. Microsoft | A | Dividend | K | T | buy | 1-17 | J | | |
| 170. Microsoft | | | | | buy | 2-22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Microsoft | | | | | buy | 2-27 | J | | |
| 172. Microsoft | | | | | buy | 3-14 | J | | |
| 173. Microsoft | | | | | sell | 6-18 | J | A | Partial sale |
| 174. Microsoft | | | | | sell | 7-13 | J | B | Partial sale |
| 175. Microsoft | | | | | buy | 8-28 | J | | |
| 176. Microsoft | | | | | sell | 10-3 | J | A | Partial sale |
| 177. Microsoft | | | | | buy | 12-18 | J | | |
| 178. Procter & Gamble | A | Dividend | J | T | sell | 4-23 | J | A | Partial sale |
| 179. Procter & Gamble | | | | | sell | 5-22 | J | B | Partial sale |
| 180. Procter & Gamble | | | | | sell | 6-12 | J | A | Partial sale |
| 181. Proctor & Gamble | | | | | sell | 7-13 | J | A | Partial sale |
| 182. Procter & Gamble | | | | | sell | 8-8 | J | A | Partial sale |
| 183. Cooper Industries | | | | | sell | 2-28 | J | B | |
| 184. Chubb | A | Dividend | | | sell | 2-21 | J | B | Partial sale |
| 185. Chubb | | | | | sell | 3-1 | J | C | |
| 186. Corning | | | | | sell | 2-21 | K | E | |
| 187. Metlife | A | Dividend | K | T | buy | 1-19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Metlife | | | | | buy | 8-15 | J | | |
| 189. Metlife | | | | | buy | 11-26 | J | | |
| 190. Sprint Nextel | A | Dividend | J | T | buy | 12-6 | J | | |
| 191. Freddie Mac | A | Dividend | | | buy | 8-15 | J | | |
| 192. Freddie Mac | | | | | sell | 9-21 | J | none | Partial sale |
| 193. Freddie Mac | | | | | sell | 10-24 | J | none | Partial sale |
| 194. Freddie Mac | | | | | sell | 12-20 | J | none | |
| 195. Fannie Mae | A | Dividend | J | T | sell | 9-24 | J | A | Partial sale |
| 196. Fannie Mae | | | | | buy | 12-21 | J | | |
| 197. Ebay | none | | J | T | buy | 3-5 | J | | Partial sale |
| 198. CSX | | | | | sell | 1-30 | J | B | |
| 199. Flextronics | | | J | T | buy | 10-27 | J | | |
| 200. Partnerre Ltd. | A | Dividend | J | T | | | | | |
| 201. Pepsico | A | Dividend | K | T | buy | 4-30 | J | | |
| 202. Pepsico | | | | | buy | 2-22 | J | | |
| 203. Pepsico | | | | | buy | 8-23 | J | | |
| 204. Pepsico | | | | | buy | 11-26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Safeway | A | Dividend | J | T | | | | | |
| 206. Boeing | A | Dividend | K | T | buy | 1-20 | J | | |
| 207. Boeing | | | | | sell | 2-14 | J | C | Partial sale |
| 208. Boeing | | | | | sell | 5-15 | J | B | Partial sale |
| 209. Boeing | | | | | sell | 10-9 | J | B | Partial sale |
| 210. Boeing | | | | | sell | 10-12 | J | C | Partial sale |
| 211. Boeing | | | | | sell | 10-26 | J | B | Partial sale |
| 212. Boeing | | | | | sell | 12-6 | J | A | Partial sale |
| 213. Borg Warner | A | Dividend | J | T | sell | 4-25 | J | A | Partial sale |
| 214. Chevron Corp. | A | Dividend | K | T | buy | 3-15 | J | | |
| 215. Chevron Corp. | | | | | buy | 6-28 | J | | |
| 216. Chevron Corp. | | | | | sell | 10-19 | J | B | Partial sale |
| 217. J.P. Morgan Chase | A | Dividend | K | T | sell | 1-3 | J | A | Partial sale |
| 218. J.P. Morgan Chase | | | | | sell | 6-5 | J | B | Partial sale |
| 219. J.P. Morgan Chase | | | | | sell | 6-13 | J | A | Partial sale |
| 220. J.P. Morgan Chase | | | | | sell | 7-13 | J | A | Partial sale |
| 221. J.P. Morgan Chase | | | | | sell | 8-10 | J | A | Partial sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. J.P. Morgan Chase | | | | | sell | 10-18 | J | A | Partial sale |
| 223. McDonalds | A | Dividend | K | T | sell | 3-29 | J | A | Partial sale |
| 224. McDonalds | | | | | sell | 5-18 | J | A | Partial sale |
| 225. McDonalds | | | | | sell | 8-13 | J | B | Partial sale |
| 226. McDonalds | | | | | buy | 11-2 | J | | |
| 227. Medco Health Solutions | | | | | buy | 5-15 | J | | |
| 228. Medco Health Solutions | | | | | buy | 11-15 | J | | |
| 229. Merck | A | Dividend | K | T | buy | 3-9 | J | | |
| 230. Merck | | | | | buy | 4-25 | J | | |
| 231. Merrill Lynch | A | Dividend | J | T | sell | 4-25 | J | B | Partial sale |
| 232. Merrill Lynch | | | | | sell | 10-25 | J | none | Partial sale |
| 233. Merrill Lynch | | | | | sell | 11-14 | J | A | Partial sale |
| 234. Merrill Lynch | | | | | sell | 11-21 | J | none | Partial sale |
| 235. Solectron | none | | | | sell | 10-5 | J | A | |
| 236. Target | A | Dividend | J | T | sell | 1-18 | J | A | Partial sale |
| 237. Target | | | | | sell | 1-23 | J | A | Partial sale |
| 238. Target | | | | | sell | 6-13 | J | A | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Target | | | | | sell | 5-13 | J | A | Partial sale |
| 240. SunTrust Banks | A | Dividend | | | sell | 4-19 | J | A | |
| 241. XL Capital | A | Dividend | | | sell | 11-21 | J | none | Partial sale |
| 242. XL Capital | | | | | sell | 12-18 | J | none | |
| 243. Alcon | A | Dividend | K | T | sell | 4-25 | J | B | Partial sale |
| 244. Alcon | | | | | sell | 7-13 | J | B | Partial sale |
| 245. Broadcom | none | | J | T | sell | 6-13 | J | none | Partial sale |
| 246. Broadcom | | | | | sell | 11-21 | J | none | Partial sale |
| 247. Google | none | | L | T | buy | 1-8 | J | | |
| 248. Google | | | | | buy | 6-18 | J | | |
| 249. Goggle | | | | | buy | 8-29 | J | | |
| 250. Qualcomm | A | Dividend | | | sell | 2-7 | J | A | Partial sale |
| 251. Qualcomm | | | | | sell | 11-9 | J | A | |
| 252. Teva Pharmaceutical | A | Dividend | J | T | sell | 1-4 | J | A | Partial sale |
| 253. Teva Pharmaceutical | | | | | sell | 2-5 | J | B | Partial sale |
| 254. Teva Pharmaceutical | | | | | buy | 6-28 | J | | |
| 255. Teva Pharmaceutical | | | | | buy | 11-12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Clorox | A | Dividend | J | T | sell | 7-17 | J | A | Partial sale |
| 257. Bank of America | B | Dividend | K | T | buy | 4-3 | J | | |
| 258. Bank of America | | | | | buy | 4-9 | J | | |
| 259. Bank of America | | | | | buy | 4-11 | J | | |
| 260. Bank of America | | | | | buy | 4-23 | J | | |
| 261. Bank of America | | | | | buy | 5-20 | J | | |
| 262. Bank of America | | | | | sell | 8-22 | J | none | Partial sale |
| 263. Bank of America | | | | | sell | 12-18 | J | none | Partial sale |
| 264. Conoco Phillips | A | Dividend | K | T | buy | 1-24 | J | | |
| 265. Conoco Phillips | | | | | sell | 3-30 | J | none | Partial sale |
| 266. Conoco Phillips | | | | | buy | 9-24 | J | | |
| 267. Conoco Phillips | | | | | buy | 10-30 | J | | |
| 268. Dunham Road LLC | none | | | | liquidation | 5-25 | L | none | |
| 269. Exxon Mobil | A | Dividend | K | T | buy | 1-19 | J | | |
| 270. Exxon Mobil | | | | | buy | 5-23 | J | | |
| 271. Global Santa Fe | A | Dividend | | | sell | 1-10 | J | B | Partial sale |
| 272. Global Santa Fe | | | | | sell | 3-12 | J | A | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Global Santa Fe | | | | | sell | 8-29 | J | A | |
| 274. Interpublic | none | | | | sell | 4-2 | J | A | |
| 275. Bernstein Emerging Markets Portfolio | D | Dividend | M | U | buy | 12-11 | K | | |
| 276. Hartford Financial Services | A | Dividend | J | T | | | | | |
| 277. Genworth Financial | A | Dividend | | | buy | 1-19 | J | | |
| 278. Genworth Financial | | | | | sell | 10-26 | J | none | Partial sale |
| 279. Genworth Financial | | | | | sell | 12-18 | J | none | |
| 280. Office Depot | none | | | | sell | 10-24 | J | none | |
| 281. Renaissance Holdings | A | Dividend | J | T | | | | | |
| 282. Sanmina-SCI | none | | | | sell | 11-26 | J | none | |
| 283. Wisconsin Energy | A | Dividend | | | sell | 7-26 | J | A | |
| 284. Aflac | A | Dividend | | | buy | 8-28 | J | | See Part VIII |
| 285. Apple Computer | none | | L | T | buy | 1-8 | J | | |
| 286. Apple Computer | | | | | sell | 1-10 | J | B | Partial sale |
| 287. Apple Computer | | | | | buy | 3-9 | J | | |
| 288. Apple Computer | | | | | sell | 6-12 | J | C | Partial sale |
| 289. Apple Computer | | | | | sell | 10-10 | J | C | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Franklin Resources | A | Dividend | K | T | buy | 1-8 | J | | |
| 291. Franklin Resources | | | | | buy | 11-19 | J | | |
| 292. Genentech | none | | K | T | sell | 2-12 | J | none | Partial sale |
| 293. Genentech | | | | | buy | 7-18 | J | | |
| 294. Getty Images | | | | | | | | | See Part VIII |
| 295. Gilead Sciences | none | | K | T | buy | 3-14 | J | | |
| 296. Gilead Sciences | | | | | sell | 6-13 | J | B | Partial sale |
| 297. Halliburton | A | Dividend | | | sell | 3-13 | J | none | Partial sale |
| 298. Halliburton | | | | | sell | 4-24 | J | A | Partial sale |
| 299. Halliburton | | | | | sell | 6-13 | J | B | Partial sale |
| 300. Halliburton | | | | | sell | 8-17 | J | B | Partial sale |
| 301. Halliburton | | | | | sell | 10-24 | J | B | |
| 302. Legg Mason | A | Dividend | | | buy | 7-18 | J | | |
| 303. Legg Mason | | | | | sell | 10-4 | J | none | Partial sale |
| 304. Legg Mason | | | | | sell | 10-9 | J | none | Partial sale |
| 305. Legg Mason | | | | | sell | 10-9 | J | none | Partial sale |
| 306. Legg Mason | | | | | sell | 11-8 | J | none | Partial sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Legg Mason | | | | | sell | 11-12 | J | none | |
| 308. Network Appliance | none | | | | sell | 8-16 | J | none | Partial sale |
| 309. Network Appliance | | | | | sell | 10-15 | J | A | |
| 310. Northern Trust | A | Dividend | J | T | buy | 2-22 | J | | |
| 311. Schlumberger | A | Dividend | K | T | buy | 3-15 | J | | |
| 312. Schlumberger | | | | | buy | 6-18 | J | | |
| 313. Schlumberger | A | | | | buy | 10-18 | J | | |
| 314. Schlumberger | | | | | buy | 10-29 | J | | |
| 315. UBS | A | Dividend | | | sell | 1-3 | J | B | Partial sale |
| 316. UBS | | | | | sell | 3-5 | J | A | Partial sale |
| 317. UBS | | | | | sell | 6-29 | J | A | |
| 318. United Health Group | none | | | | sell | 1-4 | J | D | |
| 319. Wellpoint | none | Dividend | K | T | buy | 6-28 | J | | |
| 320. Wellpoint | | | | | buy | 7-5 | J | | |
| 321. Wellpoint | | | | | sell | 9-13 | J | none | |
| 322. Wellpoint | | | | | sell | 10-3 | J | none | Partial sale |
| 323. Hilton Hotels | A | Dividend | | | sell | 8-10 | J | B | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. Hilton Hotels | | | | | sell | 10-25 | J | B | |
| 325. Yahoo | none | | J | T | sell | 1-18 | J | A | |
| 326. Norfolk Southern | none | | | | sell | 1-3 | J | C | |
| 327. Time Warner | A | Dividend | J | T | buy | 1-8 | J | | |
| 328. Time Warner | | | | | sell | 3-12 | J | none | Partial sale |
| 329. Time Warner | | | | | sell | 7-26 | J | A | Partial sale |
| 330. Time Warner | | | | | sell | 8-13 | J | A | Partial sale |
| 331. Wm. Wrigley Jr. | A | Dividend | J | T | buy | 12-4 | J | | |
| 332. Emerson Electric | A | Dividend | J | T | sell | 1-3 | J | A | Partial sale |
| 333. Emerson Electric | | | | | buy | 6-18 | J | | |
| 334. Cisco Systems | none | | K | T | buy | 1-8 | J | | |
| 335. Cisco Systems | | | | | buy | 2-8 | J | | |
| 336. Cisco Systems | | | | | buy | 2-27 | J | | |
| 337. Cisco Systems | | | | | sell | 1-1 | J | A | Partial sale |
| 338. Cisco Systems | | | | | buy | 8-20 | J | | |
| 339. Cisco Systems | | | | | buy | 10-18 | J | | |
| 340. Cisco Systems | | | | | buy | 10-29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. General Electric | A | Dividend | K | T | buy | 1-22 | J | | |
| 342. General Electric | | | | | sell | 3-9 | J | none | Partial sale |
| 343. General Electric | | | | | sell | 4-10 | J | none | Partial sale |
| 344. General Electric | | | | | sell | 8-6 | J | none | Partial sale |
| 345. General Electric | | | | | sell | 8-22 | J | none | Partial sale |
| 346. General Electric | | | | | buy | 8-10 | J | | |
| 347. General Electric | | | | | sell | 10-3 | J | A | Partial sale |
| 348. General Electric | | | | | sell | 11-12 | J | A | Partial sale |
| 349. The Travelers Cos. | A | Dividend | K | T | buy | 6-7 | J | | formerly St. Paul Traveler |
| 350. The Travelers Cos. | | | | | buy | 6-21 | J | | |
| 351. The Travelers Cos. | | | | | buy | 11-26 | J | | |
| 352. AmerisourceBergen | A | Dividend | J | T | buy | 12-6 | J | | |
| 353. AT &T | B | Dividend | K | T | sell | 3-16 | J | A | Partial sale |
| 354. AT & T | | | | | sell | 5-3 | J | C | Partial sale |
| 355. AT &T | | | | | sell | 5-21 | J | C | Partial sale |
| 356. AT & T | | | | | buy | 9-26 | J | | |
| 357. AT & T | | | | | buy | 9-28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. AT & T | | | | | buy | 12-6 | J | | |
| 359. AT & T | | | | | buy | 12-10 | J | | |
| 360. Allegheny Energy | none | | | | sell | 9-17 | J | B | |
| 361. BellSouth | | | | | merged | 3-16 | | | |
| 362. Black & Decker | A | Dividend | J | T | | | | | |
| 363. CBS | A | Dividend | J | T | sell | 11-8 | J | A | Partial sale |
| 364. Coca Cola | none | | | | sell | 1-17 | J | B | |
| 365. Comcast | none | | | | buy | 2-27 | J | | |
| 366. Comcast | | | | | sell | 6-19 | J | B | Partial sale |
| 367. Comcast | | | | | buy | 8-20 | J | | |
| 368. Comcast | | | | | sell | 9-26 | J | A | Partial sale |
| 369. Comcast | | | | | sell | 10-25 | J | none | Partial sale |
| 370. Comcast | | | | | sell | 11-2 | J | none | Partial sale |
| 371. Comcast | | | | | sell | 11-21 | J | none | Partial sale |
| 372. Comcast | | | | | sell | 12-10 | J | none | |
| 373. Crown Castle Intl. | none | | | | sell | 2-23 | J | A | Partial sale |
| 374. Crown Castle Intl. | | | | | sell | 6-20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Daimler Chrysler | A | Dividend | | | sell | 4-19 | J | B | Partial sale |
| 376. Daimler Chrysler | | | | | sell | 6-19 | J | C | |
| 377. IBM | A | Dividend | J | T | | | | | |
| 378. Kroger | A | Dividend | J | T | sell | 5-14 | J | B | Partial sale |
| 379. Arcelor Mittal | A | Dividend | K | T | buy | 5-23 | J | | Formerly Mittal Steel |
| 380. Nokia | A | Dividend | K | T | buy | 1-22 | J | | |
| 381. Nokia | | | | | sell | 4-19 | J | A | Partial sale |
| 382. Nokia | | | | | sell | 8-13 | J | A | Partial sale |
| 383. Nokia | | | | | sell | 8-22 | J | A | Partial sale |
| 384. Nokia | | | | | buy | 11-13 | J | | |
| 385. Northrop Grumman | A | Dividend | K | T | sell | 4-25 | J | A | Partial sale |
| 386. Northrop Grumman | | | | | buy | 7-5 | J | | |
| 387. Northrop Grumman | | | | | buy | 8-10 | J | | |
| 388. Northrop Grumman | | | | | buy | 11-26 | J | | |
| 389. Owens Illinois | none | | | | sell | 5-2 | J | B | Partial sale |
| 390. Owens Illinois | | | | | sell | 5-23 | J | A | |
| 391. Pfizer | B | Dividend | K | T | buy | 3-13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Pfizer | | | | | buy | 3-15 | J | | |
| 393. Pfizer | | | | | buy | 5-21 | J | | |
| 394. Pfizer | | | | | buy | 5-24 | J | | |
| 395. Pfizer | | | | | buy | 6-25 | J | | |
| 396. Pfizer | | | | | buy | 8-10 | J | | |
| 397. Pfizer | | | | | buy | 11-13 | J | | |
| 398. Pfizer | | | | | sell | 11-21 | J | none | Partial sale |
| 399. Pfizer | | | | | buy | 12-26 | J | | |
| 400. Sara Lee | A | Dividend | J | T | buy | 1-10 | J | | |
| 401. SPX Corp. | A | Dividend | | | sell | 8-13 | J | B | |
| 402. Toyota | none | | | | sell | 3-1 | J | B | |
| 403. Toyota | | | | | sell | 3-9 | J | A | |
| 404. Verizon | A | Dividend | J | T | buy | 11-22 | J | | |
| 405. Advanced Micro Devices | none | | | | sell | 1-24 | J | none | |
| 406. America Movil | A | Dividend | J | T | sell | 3-20 | J | A | Partial sale |
| 407. Baker Hughes | A | Dividend | K | T | sell | 4-12 | J | none | Partial sale |
| 408. Baker Hughes | | | | | buy | 6-18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  Baker Hughes | | | | | buy | 7-26 | J | | |
| 410.  Baker Hughes | | | | | buy | 8-15 | J | | |
| 411.  Baker Hughes | | | | | buy | 8-20 | J | | |
| 412.  Baker Hughes | | | | | buy | 10-29 | J | | |
| 413.  Baker Hughes | | | | | buy | 11-6 | J | | |
| 414.  Charles Schwab | A | Dividend | | | sell | 11-12 | J | B | |
| 415.  CME Group | A | Dividend | K | T | buy | 3-13 | J | | FORMERLY CHICAGO MERCANTILE EXCHANGE |
| 416.  CME Group | | | | | buy | 4-12 | J | | |
| 417.  CME Group | | | | | buy | 8-20 | J | | |
| 418.  CME Group | | | | | sell | 10-25 | J | C | |
| 419.  Credit Suisse | A | Dividend | | | buy | 1-10 | J | | |
| 420.  Credit Suisse | | | | | sell | 8-15 | J | none | Partial sale |
| 421.  Credit Suisse | | | | | sell | 11-2 | J | A | Partial sale |
| 422.  Credit Suisse | | | | | sell | 11-7 | J | none | |
| 423.  Fluor | A | Dividend | J | T | | | | | |
| 424.  Akami Technologies | none | | | | buy | 2-12 | J | | |
| 425.  Akami Technologies | | | | | sell | 10-2 | J | none | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Fortune Brands | none | | | | sell | 2-1 | J | A | |
| 427. Kohls | none | | J | T | buy | 1-8 | J | | |
| 428. Kohls | | | | | buy | 8-21 | J | | |
| 429. Kohls | | | | | sell | 11-21 | J | none | Partial sale |
| 430. Las Vegas Sands Corp. | none | | J | T | sell | 6-13 | J | A | Partial sale |
| 431. Lazard | none | | | | sell | 5-9 | J | A | |
| 432. Monsanto | A | Dividend | K | T | | | | | |
| 433. Nvidia | none | | | | buy | 1-17 | J | | |
| 434. Nvidia | | | | | buy | 1-22 | J | | |
| 435. Nvidia | | | | | buy | 11-26 | J | | |
| 436. NYSE Euronext | A | Dividend | J | T | buy | 8-29 | J | | Formerly NYSE Group |
| 437. Orade Systems | none | | | | sell | 3-9 | J | none | |
| 438. Rockwell Collins | none | | | | sell | 5-7 | J | A | |
| 439. National City | A | Dividend | | | buy | 4-23 | J | | |
| 440. National City | | | | | sell | 8-8 | J | none | |
| 441. Starwood Hotels | A | Dividend | | | buy | 1-8 | J | | |
| 442. Starwood Hotels | | | | | sell | 11-21 | J | none | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Starwood Hotels | | | | | sell | 12-26 | J | *none* | |
| 444. United Technologies | A | Dividend | J | T | sell | 1-3 | J | A | |
| 445. United Technologies | | | | | buy | 7-18 | J | | |
| 446. MBIA | A | Dividend | | | buy | 11-30 | J | | |
| 447. MBIA | | | | | sell | 12-31 | J | *none* | Partial sale |
| 448. American Electric Power | A | Dividend | J | T | | | | | |
| 449. Embarg | | | | | | | | | *Part VIII* |
| 450. Allstate Corp. | A | Dividend | K | T | buy | 11-15 | J | | |
| 451. Allstate Corp. | | | | | buy | 11-26 | J | | |
| 452. Allstate Corp. | | | | | buy | 12-3 | J | | |
| 453. Autoliv Inc. | A | Dividend | J | T | buy | 2-26 | J | | |
| 454. Caterpillar Inc. | *none* | | J | T | buy | 11-2 | J | | |
| 455. Caterpillar Inc. | | | | | buy | 11-12 | J | | |
| 456. Covidien Ltd. | A | Dividend | J | T | spin-off | 4-3 | J | | |
| 457. Deutsche Bank | *none* | | J | T | buy | 10-5 | J | | |
| 458. Deutsche Bank | | | | | buy | 11-6 | J | | |
| 459. Dow Chemical | A | Dividend | K | T | buy | 3-14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Dow Chemical | | | | | buy | 6-22 | J | | |
| 461. Dow Chemical | | | | | buy | 9-12 | J | | |
| 462. Dow Chemical | | | | | buy | 11-26 | J | | |
| 463. General Motors | A | Dividend | J | T | buy | 9-20 | J | | |
| 464. General Motors | | | | | buy | 9-28 | J | | |
| 465. General Motors | | | | | buy | 11-7 | J | | |
| 466. General Motors | | | | | buy | 11-30 | J | | |
| 467. General Motors | | | | | sell | 12-31 | J | *none* | Partial sale |
| 468. Ingersoll Rand | A | Dividend | J | T | buy | 1-19 | J | | |
| 469. Kraft Foods | A | Dividend | J | T | buy | 4-23 | J | | |
| 470. Kraft Foods | | | | | buy | 4-27 | J | | |
| 471. Kraft Foods | | | | | sell | 8-17 | J | *none* | Partial sale |
| 472. Kraft Foods | | | | | sell | 9-13 | J | A | Partial sale |
| 473. Kraft Foods | | | | | sell | 10-31 | J | A | Partial sale |
| 474. Macy's Inc. | A | Dividend | J | T | buy | 2-21 | J | | |
| 475. Macy's Inc. | | | | | buy | 3-1 | J | | |
| 476. Macy's Inc. | | | | | buy | 5-16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Macy's Inc. | | | | | buy | 6-22 | J | | |
| 478. Macy's Inc. | | | | | buy | 8-30 | J | | |
| 479. Macy's Inc. | | | | | buy | 10-25 | J | | |
| 480. Macy's Inc. | | | | | sell | 11-27 | J | none | Partial sale |
| 481. Marathon Oil | A | Dividend | K | T | buy | 3-19 | J | | |
| 482. Marathon Oil | | | | | buy | 3-23 | J | | |
| 483. Marathon Oil | | | | | buy | 5-25 | J | | |
| 484. Marathon Oil | | | | | buy | 8-20 | J | | |
| 485. Marathon Oil | | | | | buy | 8-24 | J | | |
| 486. Marathon Oil | | | | | sell | 11-13 | J | none | Partial sale |
| 487. Morgan Stanley | A | Dividend | J | T | buy | 8-9 | J | | |
| 488. Morgan Stanley | | | | | buy | 9-6 | J | | |
| 489. Morgan Stanley | | | | | buy | 8-13 | J | | |
| 490. Morgan Stanley | | | | | sell | 11-21 | J | none | Partial sale |
| 491. Parker Hannifin | A | Dividend | J | T | buy | 8-15 | J | | |
| 492. Royal Dutch Shell | none | | J | T | buy | 8-24 | J | | |
| 493. Royal Dutch Shell | | | | | buy | 9-17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Tech Data | none | | J | T | buy | 7-18 | J | | |
| 495. Terex | none | | J | T | buy | 11-6 | J | | |
| 496. Tyco Electronics | A | Dividend | J | T | buy | 4-27 | J | | |
| 497. Tyco International | A | Dividend | J | T | buy | 1-24 | J | | |
| 498. Tyco International | | | | | buy | 1-26 | J | | |
| 499. Tyco International | | | | | buy | 4-27 | J | | |
| 500. Tyco International | | | | | buy | 5-23 | J | | |
| 501. Tyco International | | | | | buy | 5-23 | J | | |
| 502. VF Corp. | A | Dividend | J | T | buy | 2-26 | J | | |
| 503. Vodafone | A | Dividend | K | T | buy | 5-8 | J | | |
| 504. Vodafone | | | | | buy | 6-19 | J | | |
| 505. Vodafone | | | | | buy | 7-30 | J | | |
| 506. Abbott Laboratories | A | Dividend | K | T | buy | 1-30 | J | | |
| 507. Abbott Laboratories | | | | | buy | 3-9 | J | | |
| 508. Abbott Laboratories | | | | | buy | 3-13 | J | | |
| 509. Abbott Laboratories | | | | | buy | 6-18 | J | | |
| 510. Abbott Laboratories | | | | | buy | 11-12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Abbott Laboratories | | | | | buy | 11-15 | J | | |
| 512. Adobe Systems | none | | | | buy | 1-30 | J | | |
| 513. Adobe Systems | | | | | buy | 4-12 | J | | |
| 514. Adobe Systems | | | | | buy | 10-29 | J | | |
| 515. Adobe Systems | | | | | buy | 11-15 | J | | |
| 516. Air Products & Chemicals | A | Dividend | K | T | buy | 6-18 | J | | |
| 517. Air Products & Chemicals | | | | | buy | 8-13 | J | | |
| 518. Air Products & Chemicals | | | | | buy | 8-15 | J | | |
| 519. Air Products & Chemicals | | | | | buy | 11-19 | J | | |
| 520. American Express | none | | J | T | buy | 10-18 | J | | |
| 521. American Express | | | | | buy | 10-24 | J | | |
| 522. Cameron International | none | | J | T | buy | 11-19 | J | | |
| 523. Abb Ltd. | none | | J | T | buy | 10-8 | J | | |
| 524. Abb Ltd. | | | | | buy | 11-12 | K | | |
| 525. Celgene | none | | J | T | buy | 5-10 | J | | |
| 526. Celgene | | | | | buy | 11-12 | J | | |
| 527. Colgate-Palmolive | A | Dividend | J | T | buy | 7-18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructio s.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Colgate-Palmolive | | | | | buy | 11-26 | J | | |
| 529. Colgate-Palmolive | | | | | buy | 11-28 | J | | |
| 530. Deere | A | Dividend | K | T | buy | 6-26 | J | | |
| 531. Deere | | | | | buy | 9-6 | J | | |
| 532. Deere | | | | | buy | 10-8 | J | | |
| 533. Deere | | | | | buy | 10-15 | J | | |
| 534. EOG Res. | A | Dividend | J | T | buy | 10-8 | J | | |
| 535. EOG Res. | | | | | buy | 12-18 | J | | |
| 536. Hologic | *none* | | J | T | buy | 11-2 | J | | |
| 537. Honeywell International | A | Dividend | K | T | buy | 4-25 | J | | |
| 538. Honeywell International | | | | | buy | 4-30 | J | | |
| 539. Honeywell International | | | | | buy | 7-18 | J | | |
| 540. Honeywell International | | | | | buy | 8-20 | J | | |
| 541. Honeywell International | | | | | buy | 8-21 | J | | |
| 542. Honeywell International | | | | | buy | 11-6 | J | | |
| 543. Research in Motion | *none* | | K | T | buy | 10-12 | J | | |
| 544. Research in Motion | | | | | buy | 12-4 | J | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000
3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) | U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Spirit Aerosystems | none | | J | T | buy | 1-4 | J | | |
| 546. Spirit Aerosystems | | | | | buy | 3-20 | J | | |
| 547. Spirit Aerosystems | | | | | buy | 5-21 | J | | |
| 548. Textron | none | | J | T | buy | 10-30 | J | | |
| 549. Textron | | | | | buy | 11-28 | J | | |
| 550. KB Home | A | Dividend | | | buy | 5-4 | J | | |
| 551. KB Home | | | | | sell | 10-25 | J | none | |
| 552. Countrywide Financial | A | Dividend | | | buy | 1-8 | J | | |
| 553. Countrywide Financial | | | | | buy | 4-9 | J | | |
| 554. Countrywide Financial | | | | | buy | 5-15 | J | | |
| 555. Countrywide Financial | | | | | buy | 6-7 | J | | |
| 556. Countrywide Financial | | | | | sell | 9-4 | J | none | |
| 557. Fidelity National | A | Dividend | | | buy | 5-24 | J | | |
| 558. Fidelity National | | | | | sell | 9-24 | J | none | Partial sale |
| 559. Lehman Bros. | A | Dividend | | | buy | 1-30 | J | | |
| 560. Lehman Bros. | | | | | sell | 9-4 | J | none | |
| 561. Moody's Corp. | A | Dividend | | | buy | 6-18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  Moody's Corp. | | | | | buy | 8-13 | J | | |
| 563.  Moody's Corp. | | | | | sell | 10-24 | J | none | Partial sale |
| 564.  Moody's Corp. | | | | | sell | 11-21 | K | none | |
| 565.  Becton Dickinson | none | | | | buy | 2-2 | J | | |
| 566.  Becton Dickinson | | | | | sell | 3-14 | J | | |
| 567.  McKesson Corp. | A | Dividend | J | T | buy | 1-22 | J | | |
| 568.  McKesson Corp. | | | | | buy | 6-21 | J | | |
| 569.  McKesson Corp. | | | | | buy | 8-1 | J | | |
| 570.  Monster Worldwide | none | | | | buy | 2-9 | J | | |
| 571.  Monster | | | | | sell | 5-4 | J | none | |
| 572.  Wyeth | A | Dividend | | | buy | 4-30 | J | | |
| 573.  Wyeth | | | | | sell | 10-31 | J | none | |
| 574.  Wynn Resorts | none | | | | buy | 1-18 | J | none | |
| 575.  Wynn Resorts | | | | | sell | 6-26 | J | none | |
| 576.  Nike | A | Dividend | | | buy | 2-27 | J | | |
| 577.  Nike | | | | | sell | 8-17 | J | A | |
| 578.  EMC Corp. | none | | | | buy | 10-29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. EMC Corp. | | | | | sell | 12-19 | J | none | |
| 580. Sun Microsystems | none | | | | buy | 2-27 | J | | |
| 581. Sun Microsystems | | | | | sell | 8-22 | J | none | |
| 582. Texas Instruments | none | | | | buy | 6-28 | J | | |
| 583. Texas Instruments | | | | | sell | 8-15 | J | none | |
| 584. Washington Mutual | none | | | | buy | 8-13 | J | | |
| 585. Washington Mutual | | | | | sell | 10-26 | J | none | |
| 586. Cash balance at Charles Schwab | A | Interest | J | T | | | | | |
| 587. Anheuser Busch | A | Dividend | K | T | buy | 2-22 | J | | |
| 588. Anheuser Busch | | | | | buy | 9-28 | J | | |
| 589. Auto Data Processing | A | Dividend | J | T | buy | 2-22 | J | | |
| 590. Avon | A | Dividend | J | T | buy | 2-22 | J | | |
| 591. Avon | | | | | buy | 8-28 | J | | |
| 592. Broadridge Financial Solutions | A | Dividend | J | T | buy | 2-22 | J | | |
| 593. Broadridge Financial Solutions | | | | | spin-off | 3-30 | J | | |
| 594. National City | A | Dividend | J | T | buy | 2-22 | J | | |
| 595. National City | | | | | | 10-9 | J | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Cintas | A | Dividend | J | T | buy | 2-22 | J | | |
| 597. Cintas | A | Dividend | J | T | buy | 9-28 | J | | |
| 598. Federated Investors | A | Dividend | J | T | buy | 2-22 | J | | |
| 599. Federated Investors | | | | | buy | 8-28 | J | | |
| 600. Fidelity Natinal Financial | A | Dividend | J | T | buy | 2-22 | J | | |
| 601. Fifth Third Bancorp | A | Dividend | J | T | | | | | |
| 602. Intl. Game Technology | A | Dividend | J | T | | | | | |
| 603. Johnson & Johnson | A | Dividend | K | T | buy | 2-22 | J | | |
| 604. Johnson & Johnson | | | | | buy | 9-17 | J | | |
| 605. Medtronic | A | Dividend | K | T | buy | 2-22 | J | | |
| 606. Medtronic | | | | | buy | 8-7 | J | | |
| 607. Medtronic | | | | | buy | 8-22 | J | | |
| 608. Strayer Education | A | Dividend | K | T | buy | 2-22 | J | | |
| 609. Strayer Education | | | | | buy | 8-23 | J | | |
| 610. Strayer Education | | | | | sell | 11-30 | J | B | Partial sale |
| 611. Sysco | A | Dividend | J | T | buy | 2-22 | J | | |
| 612. Sysco | | | | | buy | 8-23 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. United Parcel Service | A | Dividend | K | T | buy | 2-22 | J | | |
| 614. United Parcel Service | | | | | buy | 8-28 | J | | |
| 615. Wal-Mart Stores | A | Dividend | K | T | buy | 2-22 | J | | |
| 616. Wal-Mart Stores | | | | | buy | 9-5 | J | | |
| 617. Crosstex Energy LP | A | Distribution | J | T | buy | 7-20 | J | | See Part VIII |
| 618. Crosstex Energy LP | | | | | buy | 9-12 | J | | |
| 619. Crosstex Energy LP | | | | | buy | 2-22 | J | | |
| 620. Crosstex Energy LP | | | | | buy | 8-7 | J | | |
| 621. ishares Canada Index Fund | A | Dividend | J | T | buy | 2-22 | J | | |
| 622. ishares EAFE Index Fund | A | Dividend | K | T | buy | 2-22 | K | | |
| 623. ishares EAFE Index Fund | | | | | buy | 8-28 | J | | |
| 624. Vanguard Emerging Markets Fund | none | | K | U | buy | 2-22 | J | | |
| 625. Vanguard Emerging Markets Fund | | | | | sell | 11-13 | J | A | Partial sale |
| 626. Vanguard Small Cap Value Fund | A | Dividend | J | U | buy | 2-22 | J | | |
| 627. Vanguard Utilities Fund | A | Dividend | K | U | buy | 2-23 | J | | |
| 628. Vanguard Utilities Fund | | | | | buy | 8-28 | J | | |
| 629. Alliance Bernsteing Global Diversified Strategies LP | none | | N | T | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes these of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | 3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Bernstein Global Opportunities Hedge Fund | none | | N | T | buy | 10-31 | N | | |
| 631. WFG-WP X Partners LLC | none | | N | W | buy | 5-8 | N | | |
| 632. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 111: Name changed from Smith Barnery Municipal NY Money Market Fund.

Line 284: Listed last year as sale; should have been listed as partial sale, same date, same codes.

Line 294: Listed last year as partial sale on 5-4; should have been listed as full sale.

Line 449: Reported last year as partial sale; should have been reported as total sale on that date, same codes.

Line 617: Incorrectly listed last year as Croster Energy LP.

Line 629: Purchased 9-29-06, Value Code N. Not reported last year due to inadvertence.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544